UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Ronald Harold Turner  
    Patricia Ann Turner  
        Debtor(s)

Case No. 15 B 41334

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/07/2015.

2) The plan was confirmed on 05/16/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 02/08/2017.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,000.00 |
| Less amount refunded to debtor | $800.00 |
| **NET RECEIPTS:** | **$5,200.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $216.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,016.40** |

Attorney fees paid and disclosed by debtor:     $200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acme Continental Credit Union | Unsecured | 1,664.08 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 68.92 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 94.45 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 2,416.53 | 1,106.52 | 1,106.52 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 401.00 | 449.12 | 449.12 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 950.00 | 1,269.60 | 1,269.60 | 0.00 | 0.00 |
| AT&T | Unsecured | 97.64 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 637.50 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,257.84 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,257.84 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,463.15 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 224.91 | NA | NA | 0.00 | 0.00 |
| Bed Bath and Beyond Inc | Unsecured | 72.76 | NA | NA | 0.00 | 0.00 |
| Capital Solutions | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Cardiac Care Consultants, PC | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Cardiac Care Consultants, PC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 164.38 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 659.09 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Cashland Financial | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Charter One | Unsecured | 2,601.30 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 700.00 | 1,006.99 | 1,006.99 | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 600.00 | 808.29 | 808.29 | 0.00 | 0.00 |
| Check into Cash of Illinois, LLC | Unsecured | 212.31 | NA | NA | 0.00 | 0.00 |
| Checks Unlimited | Unsecured | 74.47 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 120.00 | 666.40 | 666.40 | 0.00 | 0.00 |
| Claires | Unsecured | 47.55 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,135.13 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Comcast | Unsecured | 1,399.64 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 593.56 | NA | NA | 0.00 | 0.00 |
| Community Care Network | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Community Care Network | Unsecured | 220.22 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 15,938.40 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 54.93 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 563.61 | NA | NA | 0.00 | 0.00 |
| Cook County State's Attorney | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Country Financial | Unsecured | 3,897.67 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association, LP | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CVS/ Caremark | Unsecured | 58.58 | NA | NA | 0.00 | 0.00 |
| CVS/Caremark | Unsecured | 53.29 | NA | NA | 0.00 | 0.00 |
| DALAL Medical Corporation | Unsecured | 40.52 | NA | NA | 0.00 | 0.00 |
| Dr Peter Neale Do | Unsecured | 420.00 | 463.00 | 463.00 | 0.00 | 0.00 |
| Dr Peter Neale Do | Unsecured | 0.00 | 52.28 | 52.28 | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 63.15 | NA | NA | 0.00 | 0.00 |
| EBS Pediatrics | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 21,819.62 | 24,103.32 | 24,103.32 | 0.00 | 0.00 |
| Enterprise Rent A Car | Unsecured | 236.48 | NA | NA | 0.00 | 0.00 |
| Franciscan Medical Specialist | Unsecured | 219.50 | NA | NA | 0.00 | 0.00 |
| Franciscan Medical Specialist | Unsecured | 264.50 | NA | NA | 0.00 | 0.00 |
| Franciscan Medical Specialists | Unsecured | 837.88 | 1,199.30 | 1,199.30 | 0.00 | 0.00 |
| Global PAyments | Unsecured | 80.34 | NA | NA | 0.00 | 0.00 |
| Goggins & Lavintman, P.A | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Horseshoe Hammond | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Illiana Financial Credit Union | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Unsecured | 1,794.36 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 800.00 | 924.00 | 924.00 | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 892.25 | 1,066.27 | 1,066.27 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 414.96 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Same Day Surgery | Unsecured | 4,228.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 167.31 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 34,530.82 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 21,743.60 | 12,466.37 | 12,466.37 | 1,183.60 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 41,503.20 | 41,503.20 | 0.00 | 0.00 |
| Lake Anesthesia Associates | Unsecured | 219.42 | NA | NA | 0.00 | 0.00 |
| Lansing Police and Fie Dept | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 2,601.30 | NA | NA | 0.00 | 0.00 |
| Liberty Home Equity Solutions | Unsecured | 146.54 | NA | NA | 0.00 | 0.00 |
| MEA Munster LLC | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| MEA-Munster, LLC | Unsecured | 15.98 | NA | NA | 0.00 | 0.00 |
| Medical Specialists, P.C. | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists, P.C. | Unsecured | 1,405.00 | NA | NA | 0.00 | 0.00 |
| Medsource | Unsecured | 27.24 | NA | NA | 0.00 | 0.00 |
| Meier's Landscaping & Lawn Service | Unsecured | 480.00 | 359.50 | 359.50 | 0.00 | 0.00 |
| Midwest Eye Center | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Munster Medical Research Foundation Inc | Unsecured | 3.94 | 1,438.86 | 1,438.86 | 0.00 | 0.00 |
| Munster Medical Research Foundation Inc | Unsecured | 200.00 | 4,934.54 | 4,934.54 | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 100.00 | 81.53 | 81.53 | 0.00 | 0.00 |
| Munster Radiology Group, PC | Unsecured | 48.35 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group, PC | Unsecured | 20.31 | NA | NA | 0.00 | 0.00 |
| National Recoveries Inc. | Unsecured | 84.96 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,840.56 | 4,578.95 | 4,578.95 | 0.00 | 0.00 |
| Nitin Sardesai, MD PC | Unsecured | 228.04 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty Founda | Unsecured | 51.33 | NA | NA | 0.00 | 0.00 |
| NW Indiana Path Consultants PC | Unsecured | 170.00 | 170.00 | 170.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NW Indiana Path Consultants PC | Unsecured | 65.00 | 394.00 | 394.00 | 0.00 | 0.00 |
| NWI Pathology | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Pathology Associates of Chicago | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Patwari Medical Corporation | Unsecured | 121.00 | 121.00 | 121.00 | 0.00 | 0.00 |
| Payday Loan | Unsecured | 688.88 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 200.00 | 293.37 | 293.37 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 800.00 | 403.87 | 403.87 | 0.00 | 0.00 |
| Payless Shoe Source | Unsecured | 41.38 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc | Unsecured | 506.12 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc | Unsecured | 1,098.60 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc. | Unsecured | 729.12 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services, Inc. | Unsecured | 722.30 | NA | NA | 0.00 | 0.00 |
| PLS Financial Solutions of Illinois | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 400.00 | 488.60 | 488.60 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 369.00 | 369.00 | 369.00 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Cons | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| S Suburban Gastroenterology | Unsecured | 100.52 | NA | NA | 0.00 | 0.00 |
| S Suburban Gastroenterology | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Sally's Beauty 3193 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 5,941.64 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 4,000.00 | 5,941.64 | 5,941.64 | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 69.76 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 49.56 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 128.73 | NA | NA | 0.00 | 0.00 |
| Shoe Carnival | Unsecured | 52.29 | NA | NA | 0.00 | 0.00 |
| Sirius XM | Unsecured | 49.56 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,201.34 | 475.12 | 475.12 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 857.14 | 857.14 | 857.14 | 0.00 | 0.00 |
| St. James Hospital | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| Strack Van Til 8789 | Unsecured | 63.50 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 647.16 | NA | NA | 0.00 | 0.00 |
| Sun Cash of WI, LLC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 183.50 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| The Anesthesia Associates of Northh | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| The Director's Store | Unsecured | 466.13 | NA | NA | 0.00 | 0.00 |
| The University of Chicago Physian's | Unsecured | 11.05 | NA | NA | 0.00 | 0.00 |
| TJ Maxx | Unsecured | 38.18 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 889.49 | NA | NA | 0.00 | 0.00 |
| Tri-State Financial | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services, Inc | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 27.76 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | 51.98 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | 325.80 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 280.74 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Up2drive | Unsecured | 82.64 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 437.54 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 0.00 | 16,973.35 | 16,973.35 | 0.00 | 0.00 |
| Us Cash IL, LLC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | 2,383.90 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 94.37 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Walgreens | Unsecured | 40.44 | NA | NA | 0.00 | 0.00 |
| Walgreens | Unsecured | 117.66 | NA | NA | 0.00 | 0.00 |
| Walgreens Specialty Pharmacy | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Walgreens Specialty Pharmacy | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| West Asset Mgmnt | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 278.90 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,466.37 | $1,183.60 | $0.00 |
| **TOTAL PRIORITY:** | **$12,466.37** | **$1,183.60** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$112,498.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,016.40 |
| Disbursements to Creditors | $1,183.60 |
| **TOTAL DISBURSEMENTS**: | **$5,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/12/2017          By: /s/ Marilyn O. Marshall
                                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**